UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                      CASE NO.  3:03CR19LAC

JEFFREY ALAN THOMPSON

Referred to Judge Lacey Collier on ___June 13, 2005___
Motion/Pleadings:  __WRIT OF HABEAS CORPUS/WRIT OF ERROR CORAM NOBIS__
__PETITIONING THE COURT FOR POST CONVICTION RELIEF UNDER F.R.CIV.P. 28__
__U.S.C. 1651(a), and Rule 60(A)(b)(1-6)__
Filed by _DEFENDANT, PRO SE_____ on _6/10/05_____ Doc.# _40_____
RESPONSES:
_____ on _____ Doc.# _____

WILLIAM M. McCOOL, CLERK OF COURT

_/s/ Mary Maloy-Wells_
LC (1 OR 2)                                              Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 14th day of June, 2005, that:*

*(a) The relief requested is **DENIED.***

*(b) Defendant's petition is an attempt to circumvent Congressional intent in placing limitations on the filing of § 2255 motions for post-conviction relief.*

*s/L.A. Collier*
**LACEY A. COLLIER**
*United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____

Document No.