# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                          CASE NO.  3:03CR19LAC

JEFFREY ALAN THOMPSON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on <u>JULY 19, 2005.</u>

Motion/Pleadings:  <u>MOTION PETITIONING THE COURT TO RECONSIDER CONSTRUING PETITIONER'S WRIT OF HABEAS CORPUS FOR POST CONVICTION RELIEF UNDER 28 U.S.C. 1651(a) INTO A 28 U.S.C. 2255 MOTION AND DENIED WRIT ON OR ABOUT JUNE 14, 2005, PURSUANT TO F.R.CIV.P. RULE 60(a)</u>

Filed by <u>DEFENDANT PRO SE</u>   on <u>7/18/05</u>   Doc.# <u>42</u>

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_____    /s/ Mary Maloy-Wells
LC (1 OR 2)                Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 20th day of July, 2005, that:*

*(a) The relief requested is **DENIED.***

*(b) _____*

                                              s/ *L.A. Collier*
                                              _____
                                              **LACEY A. COLLIER**
                                              *United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.