# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                              CASE NO. 3:03cr19LAC

JEFFREY ALAN THOMPSON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on September 30, 2005
Motion/Pleadings: WRIT OF HABEAS CORPUS PETITIONING THE COURT FOR RELIEF UNDER RULE 35(b), F.R.CRIM..P
Filed by DEFENDANT PRO SE    on 8/16/05    Doc.# 44
RESPONSES:
BY GOVT    on 9/28/05    Doc.# 47
            on            Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Mary Maloy

LC (1 OR 2)                          Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 3rd day of October, 2005, that:*

*(a) The relief requested is **DENIED**.*

*(b) The Government's statement of the case is correct.*

s/ *L. A. Collier*
***LACEY A. COLLIER***
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.